# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v.  : | Case No.: 23-mj-19 |
| WILLIAM NICHOLS,  : | |
| Defendant.  : | |

## ORDER

Based on the representations in the Joint Motion to Continue Status Conference and Exclude Time under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

ORDERED that the motion is granted; it is further ordered that the currently scheduled status conference on September 12, 2023, is continued for good cause to November 14, 2023, at 1pm; and it is further

ORDERED that the time between September 12, 2023 and November 14, 2023 shall be excluded from calculation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide counsel sufficient time to continue plea negotiations and review discovery.

Washington, D.C. September 21, 2023

_____
THE HONORABLE ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE