**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | |
| v. | : | **Case No.: 23-mj-19** |
| | : | |
| WILLIAM NICHOLS, | : | |
| | : | |
| Defendant. | : | |

**JOINT MOTION TO CONTINUE STATUS CONFERENCE**
**AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

The United States of America and defendant William Nichols hereby move this Court to continue the status conference currently set for March 19, 2024, for a period of 90 days, or June 17, 2024, and to exclude the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.* on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv), and failure to grant such a continuance would result in a miscarriage of justice. Counsel for defense has indicated that the defendant consents to this requested continuance of time  and consents  to exclude time under the Speedy Trial Act until the next scheduled status conference.

Good cause supports this request. Specifically, the parties seek a continuance to allow additional time to produce and review discovery, and to engage in plea negotiations. The parties have worked cooperatively together during the exchange of discovery but require additional time to continue to engage in plea negotiations.

In this case, an ends of justice continuance is warranted under 18 U.S.C. § 3161(h)(7) (A), (B)(i), (ii), and (iv). The parties would like to continue to review voluminous discovery and engage in plea negotiations, and requests additional time to do so.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar Number 481052

By: /s/ Ashley Akers
ASHLEY AKERS
MO Bar No. 69601
Trial Attorney, Detailee
1100 L Street NW
Washington, DC 20005
Phone: (202) 353-0521
Email: Ashley.Akers@usdoj.gov